IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA          :
                                  :
v.                                :    CASE NO.: CR206-06
                                  :
JERI MICHELE (JONES) SMITH        :

## ORDER

On March 16, 2006, Defendant was sentenced to twelve months' probation subsequent to the entry of a plea of guilty to driving under the influence of alcohol. The United States Probation office filed a petition asserting that Defendant violated the conditions of her probation by being arrested on July 21, 2006, on the Naval Submarine Base, Kings Bay, Georgia, and charged with driving under the influence of alcohol. She appeared with counsel on August 24, 2006 for a hearing to determine whether she had violated the conditions of probation. After consulting with her attorney, Defendant announced that she did not contest the allegation that she violated the conditions of her probation by being arrested for driving under the influence of alcohol on July 21, 2006.

Accordingly, the Court hereby determines that Defendant violated the terms of her probation. The probationary sentence imposed on March 16, 2006 is **revoked**. Defendant is placed on probation for a period of twelve months from this date. During this term of probation, Defendant shall pay the balance of the fine imposed on March 16, 2006. As a special condition of probation, Defendant shall enter the Substance Abuse Rehabilitation Program at the Naval Submarine Base, Kings Bay, Georgia, and

AO 72A
(Rev. 8/82)

successfully complete the Alcohol Impact Program. As an additional special condition of probation, Defendant shall attend a minimum of eight (8) Alcoholics Anonymous meetings each calendar month beginning in September, 2006. Defendant shall be subject to the standard conditions of probation in this District.

**SO ORDERED**, this ___25___ day of August, 2006.

                                                                          _____
                                                                          JAMES E. GRAHAM
                                                                          UNITED STATES MAGISTRATE JUDGE